# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAFFER, *et al.*,<br><br>　　　　Defendants. | Case No.  1:20-cv-00687-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Andrew S. Anderson ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

In his complaint, Plaintiff alleges violations of his civil rights that took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.[1]  Therefore, the complaint should have been filed in the Sacramento Division.

///

---

[1] Plaintiff brings a facial and as applied challenge to California Code of Regulations (CCR) § 2240 against Jennifer Shaffer, Executive Director at Board of Parole Hearings, in her official capacity, and states that the violation occurred at the Board of Parole Hearings in Sacramento, California.  (ECF No. 1.)  As Plaintiff has not provided any other information regarding venue—such as where he was housed at the time the violation occurred—at this time the Court will proceed based on the limited information available in the complaint.

1   Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **May 18, 2020**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

2